IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LEVESTER GILLARD                                                   PLAINTIFF

v.                  Civil No. 04-4106

AMY KUYKENDALL, ET AL.                             DEFENDANTS

## **O R D E R**

Now pending is defendants' motion (Doc. 45) to withdraw Angela R. Echols and substitute C. Burt Newell as counsel for the defendants.

For the reasons stated in the motion, it is granted.

The clerk is directed to withdraw Angela R. Echols as attorney for the defendants and enter C. Burt Newell of the law firm of Bachelor & Newell, P.O. Box 1620, Hot Springs, Arkansas 71902-1620, (501) 321-2222, Fax (501) 624-0533, as attorney for the defendants.

IT IS SO ORDERED this 24th day of May 2006.

                                                        **/s/ Bobby E. Shepherd**
                                                      _____
                                                      HON. BOBBY E. SHEPHERD
                                                      UNITED STATES MAGISTRATE JUDGE