IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LEVESTER GILLARD                              PLAINTIFF

          v.             Civil No. 04-4106

AMY KUYKENDALL, Jail Administrator,
Howard County Jail; and
BUTCH MORRIS, Sheriff, Howard
County, Arkansas                              DEFENDANTS

## **JUDGMENT**

Comes now the Court on this 27th day of October, 2006, in accordance with the Memorandum Opinion filed in the above styled case on today's date, and enters judgment in favor of defendants on all claims.

IT IS SO ORDERED.

                                           **/s/ Bobby E. Shepherd**
                                           _____
                                           BOBBY E. SHEPHERD
                                           UNITED STATES CIRCUIT JUDGE