IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LEVESTER GILLARD                                                                   PLAINTIFF

V.                                    CASE NO. 04-4106

AMY KUYKENDALL,
Jail Administrator, Howard
County Jail; and BUTCH MORRIS,
Sheriff, Howard County, Arkansas                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on March 18, 2009, by the Honorable Barry A. Bryant, United States District Judge for the Western District of Arkansas. (Doc. 84). Ten (10) days have passed without objections being filed by the parties. The Court adopts *in toto* the Magistrate's findings and recommendations.

The Court orders Defendants to pay Plaintiff nominal damages in the amount of $20. Additionally, the Court orders Defendants to pay the $150 district court filing fee and the $455 appellate court filing fee that has been assessed against Plaintiff.

IT IS SO ORDERED, this 13th day of April, 2009.

    /s/ Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge